UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

2127 Flatbush Ave., Inc.,                                     Chapter 11
                                                              Case No:

       Debtor-in-Possession.
———————————————————————X

### CORPORATE RESOLUTION PURSUANT TO LBR 1074-1(a)
### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, Eugene Burshtein declare under penalty of perjury that I am the President of 2127 Flatbush Ave., Inc., (the "Debtor") and that on August 13, 2023 the following resolution as duly adopted by 2127 Flatbush Ave., Inc.:

      "Whereas is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 Title 11 of the United States Code;

      Be it Therefore Resolved that Gene Burshtein, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

      Be it Further Resolved, that Gene Burshtein, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

      Be it Further Resolved that 2127 Flatbush Ave., Inc., is authorized and directed to employ the Law Office of Rachel S. Blumenfeld PLLC, attorney and the law firm of Law Offices of Rachel S. Blumenfeld PLLC to represent the Corporation in such bankruptcy case."

Executed on:  8/13/2023          *Signed  /s/ Eugene Burshtein*
                                 2127 Flatbush Ave., Inc.,
                                    By: Eugene Burshtein
                                    President